# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOREN PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. YANEZ, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:10-cv-01610-SKO PC<br><br>ORDER DENYING MOTION TO AMEND AND STRIKING PARTIAL AMENDMENT<br><br>(Doc. 7)<br><br>ORDER DENYING MOTION FOR LEAVE TO FILE A LATE JURY TRIAL DEMAND<br><br>(Doc. 8) |

Plaintiff Anthony Loren Perkins, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 7, 2010. On October 14, 2010, Plaintiff filed a motion seeking leave to amend and a partial amendment to his complaint, and on November 22, 2010, Plaintiff filed a motion seeking leave to file a late demand for a jury trial and a demand for a jury trial.

Plaintiff has not previously amended and therefore, he may amend once as a matter of right at this stage in the proceedings. Fed. R. Civ. P. 15(a)(1). However, Plaintiff may not amend his complaint piecemeal and if he wishes to amend his claim against Defendant Yanez, he must file an amended complaint which is complete within itself. <u>Forsyth v. Humana, Inc.</u>, 114 F.3d 1467, 1474 (9th Cir. 1997); <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220. Therefore, Plaintiff's motion to amend is denied and his partial amendment is stricken from the record. (Doc. 7, p. 3.)

///

With respect to the jury trial demand, Plaintiff's complaint has not yet been served. Fed. R. Civ. P. 4(d), (e); Fed. R. Civ. P. 38(b). Therefore, Plaintiff's demand for a jury trial is timely and his motion for leave to file a late demand is unnecessary. Fed. R. Civ. P. 38(b).

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to amend is DENIED and his partial amendment is STRICKEN from the record (page 3 of document 7); and

2. Plaintiff's motion for leave to file a late demand is DENIED as unnecessary.

IT IS SO ORDERED.

**Dated:   April 25, 2011**              /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE