1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY LOREN PERKINS,                    CASE NO. 1:10-cv-01610-SKO PC

10                          Plaintiff,       ORDER DENYING MOTION TO AMEND
                                             AS UNNECESSARY
11          v.
                                             (Doc. 11)
12  P. YANEZ, et al.,

13                          Defendants.
                                        /
14

15          Plaintiff Anthony Loren Perkins, a state prisoner proceeding pro se and in forma pauperis,

16  filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 7, 2010.  On May 11, 2011,

17  Plaintiff filed a second motion seeking leave to amend.  As Plaintiff was previously informed in the

18  order filed on April 26, 2011, he does not need leave of court to amend because he may amend once

19  as a matter of right at this stage in the proceedings.  Fed. R. Civ. P. 15(a)(1).

20          Plaintiff's motion seeking leave to amend is unnecessary and it is HEREBY ORDERED

21  DENIED on that ground.

22

23

24  IT IS SO ORDERED.

25  **Dated:    May 16, 2011**                    _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28

1