# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOREN PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. YANEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01610-SKO PC<br><br>ORDER TO SHOW CAUSE<br><br>(Doc. 15)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Anthony Loren Perkins, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 7, 2010. On October 17, 2011, Plaintiff was ordered to comply with the screening order filed on September 9, 2011, by either filing an amended complaint or notifying the Court of his willingness to proceed only on the claims found to be cognizable within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the order.

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to obey a court order. **The failure to respond will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:　December 12, 2011**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1